UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| LAND TO SAND SITE SERVICES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HAMPTON ROADS CONNECTOR PARTNERS, *et al.*,<br><br>  Defendants. | Civil No. 2:23cv271<br>Civil No. 2:23cv174 |

## ORDER

Before the Court is a Joint Stipulation of Dismissal filed in Civil No. 2:23cv271 by Plaintiff Land to Sand Site Services, Inc. ("LTS") and Defendants Hampton Roads Connector Partners ("HRCP"), Dragados USA, Inc., Vinci Construction Grands Projets, Inc., Flatiron Constructors, Inc., Dodin Campenon Bernard Inc, Protecnium Worlding, LLC, Rafael Ramirez Vizuete, Borja Garcia Jiminez, and Javier Cortijo Cortijo. ECF No. 101. Also before the Court is a Joint Stipulation of Dismissal filed in Civil No. 2:23cv174 by Plaintiff HRCP and Defendants LTS and Jason Heck. ECF No. 47. The parties collectively indicate that they have reached a settlement agreement as to all claims subject of Civil No. 2:23cv271 and 2:23cv174. Upon due consideration of the filings before the Court, it is hereby **ORDERED** that:

(1) This matter, inclusive of Civil No. 2:23cv271 and Civil No. 2:23cv174, is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs;

1

(2)    The preliminary injunction entered on October 17, 2023 in Civil No. 2:23cv174 (ECF No. 36) is hereby converted to and made a permanent injunction, the terms of which shall remain in full force and effect; and

(3)    This Court shall retain jurisdiction over this matter to enforce the parties' settlement agreement and the permanent injunction.

The Clerk is **REQUESTED** to please forward a copy of this Order to counsel of record for all parties.

   **IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

November 26, 2024
Norfolk, Virginia